UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                  No. 92-MJ-1353

WILLIAM LOVE                                      ORDER

        Defendant.

-------------------------------------------------------x

The Court has received Defendant William Love's pro se motion for expungement of his arrest record in this action. The unredacted form of this request has been filed under seal, while a redacted form of this request, omitting personal contact information, has been filed publicly on the docket. The Government is directed to file its response to Mr. Love's motion by **July 10, 2023.** The Government shall file under seal any sensitive personal information pertaining to Mr. Love that is included in the response, and sensitive personal information may be redacted in from the response that is filed on ECF. Mr. Love's reply to the Government's response, if any, must be filed by **July 17, 2023**.

        Chambers will mail a copy of this Order to Mr. Love

   SO ORDERED.

Dated: New York, New                    /s/ Laura Taylor Swain
     York June 26, 2023                 LAURA TAYLOR SWAIN
                                                   Chief United States District Judge

**Copy mailed to:**

William J. Love
1470 Reddington Lane
Norcross, Georgia 30093